MARTHA DAVIDSON, Respondent, v. CITY OF NIAGARA FALLS, NEW YORK, Appellant, and BOARD OF EDUCATION OF THE CITY OF NIAGARA FALLS, NEW YORK, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries sustained by falling on a sidewalk.

The order denies motion for a new trial on the minutes.)    Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.